Sengthiene Bosavanh, Esq. #249801
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sammy Voravong )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>Commissioner of Social )<br>Security, )<br>)<br>  Defendant. )<br>_____) | CASE NO. 1:10-cv-00081 SKO<br><br>STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF'S CONFIDENTIAL BRIEF |

IT IS HEREBY STIPULATED by and between the parties as follows:

Plaintiff shall be granted a first-time 30-day extension to submit Plaintiff's Confidential Brief. The reasons for this extension are Plaintiff's counsel's workload demands and the number and complexity of the issues in this case. The current due date for Plaintiff's Confidential Brief is June 21, 2010. The new due date for Plaintiff's Confidential Brief will be **July 21, 2010**.

///

///

///

///

///

///

1     The parties further stipulate that the Court's Scheduling Order shall be modified
2 accordingly.

4 Dated: 06/11/2010                /s/ Sengthiene Bosavanh

                                      SENGTHIENE BOSAVANH, ESQ.
                                      Attorney for Plaintiff

Dated:

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                      By: /s/ Leslie Alexander
                                      (as authorized via telephone on 6/11/10)
                                      LESLIE ALEXANDER
                                      Assistant Regional Counsel

IT IS SO ORDERED.

**Dated:   June 15, 2010**                **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE